UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

PATRICIA BROWN,                                             Case No. 1:14-cv-1328

        Plaintiff,                                             HON. ROBERT J. JONKER

v.

REED WHITE AND
ASSOCIATES, LLC et al.,

        Defendants.
_____/

NOTICE OF DISMISSAL

    Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, plaintiff files this Notice of Dismissal, to dismiss this lawsuit, without prejudice.

Dated: May 27, 2016

/s/ Phillip C. Rogers
Phillip C. Rogers (P34356)
Attorney for Plaintiff
40 Pearl Street, N.W., Suite 336
Grand Rapids, Michigan 49503-3026
(616) 776-1176
ConsumerLawyer@aol.com